JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MICHAEL BABAIAN, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; LOS ANGELES-M, INC., a California Corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendant. | Case No. 2:25-cv-02920-AB-BFM<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 30, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.