JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MICHAEL BABAIAN, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; LOS ANGELES-M, INC., a California Corporation; and DOES 1 through 30, inclusive,<br><br>          Defendants. | Case No. 2:25-cv-02920-AB-BFM<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and *with* prejudice to the right, upon good cause shown within **30 days,** to re-open the action if the settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 5, 2025

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

1.